

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 13, 2021

**BY ECF**

The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States* v. *Sivendran Vettivetpillai*,
      S6 19 Cr. 233 (LAK)

Dear Judge Kaplan:

  The Government respectfully writes on behalf of both parties to inform the Court that defendant Sivendran Vettivetpillai is prepared to submit to the jurisdiction of the Court and to plead guilty to certain counts of the S6 19 Cr. 233 (LAK) Indictment pursuant to an agreement with the Government. Consistent with the Court's practice, and as directed by the Court's deputy, the Government has scheduled the change-of-plea proceeding with Magistrate Court.

  The defendant currently resides in the United Kingdom and, due to a medical condition and the prevalence of COVID, the defendant cannot safely travel to the United States for the foreseeable future. The parties, however, desire to move forward expeditiously. Accordingly, to facilitate the prompt resolution of this case, the parties respectfully request that the Court enter an order pursuant to the CARES Act to permit the defendant's initial appearance and change-of-plea proceeding to occur by video- or audio-conferencing technology. Defense counsel has informed the Government that the defendant specifically consents to a remote proceeding.

For the Court's convenience, the Government attaches a proposed CARES Act order.

                                       Respectfully submitted,

                                       AUDREY STRAUSS
                                       United States Attorney

By: _____
                                       Andrea Griswold/Matthew Podolsky/
                                       Andrew Thomas
                                       Assistant United States Attorneys
                                       (212) 637-1205/-1947/-2106

cc: Samidh Guha, Esq. (via email)