UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | S6 19 Cr. 233 (LAK) |
| SIVENDRAN VETTIVETPILLAI, | |
| Defendant. | |

WHEREAS defendant SIVENDRAN VETTIVETPILLAI has stated an intent to submit to the jurisdiction of the Court and an intent to enter a plea of guilty pursuant to a plea agreement in this case, and this Court has referred the initial appearance and change-of-plea proceedings to the duty Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely, and the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or videoconference, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the duty Magistrate Judge shall conduct the defendant's initial appearance and change-of-plea proceeding by videoconference or by telephone if, due to scheduling limitations, videoconference is not reasonably available, and that the defendant has specifically requested that the proceeding occur remotely and consents to the same;

WHEREAS defendant SIVENDRAN VETTIVETPILLAI, through counsel, has indicated that he desires to resolve this case expeditiously through a plea of guilty, and that as a result of COVID and the defendants' medical condition, an in person proceeding cannot be safely conducted in person for the foreseeable future;

THE COURT HEREBY FINDS that the defendant's initial appearance and change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice because the defendant SIVENDRAN VETTIVETPILLAI, through counsel, has indicated that he desires to submit to the jurisdiction of the Court and to resolve this case expeditiously through a plea of guilty, and that as a result of COVID and the defendant's medical condition, an in person proceeding cannot be held for the foreseeable future. Accordingly, the plea may be taken in Magistrates Court through videoconference or telephonic means.

SO ORDERED.

Dated: New York, New York
July 23, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK