

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

August 9, 2021

<u>VIA ECF</u>

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    ***United States v. Sivendran Vettivetpillai*, 19 Cr. 233 (SN)**
                  **Request to Adjourn the Satisfaction of Remaining Bail Conditions**

Dear Judge Netburn:

       We represent defendant Sivendran Vettivetpillai in the above-captioned matter. With the consent of the government, we write to request a two-week adjournment for the satisfaction of remaining bail conditions currently scheduled for August 9, 2021. This is Mr. Vettivetpillai's first request to adjourn the satisfaction of remaining bail conditions.

       The reason for the request is to enable Mr. Vettivetpillai and counsel to continue working with the government with regard to completing satisfaction of the bail conditions, including finalizing co-signer information for Mr. Vettivetpillai's surety bond.

       Thank you for Your Honor's consideration.

                                                                         Respectfully submitted,

                                                              Samidh Guha

cc:    AUSA Andrew Thomas (via ECF)
        AUSA Matthew Podolsky (via ECF)