PG | PERRY GUHA LLP

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

August 9, 2021

VIA ECF

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Sivendran Vettivetpillai*, 19 Cr. 233 (SN)
            **Request to Adjourn the Satisfaction of Remaining Bail Conditions**

Dear Judge Netburn:

    We represent defendant Sivendran Vettivetpillai in the above-captioned matter. With the consent of the government, we write to request a two-week adjournment for the satisfaction of remaining bail conditions currently scheduled for August 9, 2021. This is Mr. Vettivetpillai's first request to adjourn the satisfaction of remaining bail conditions.

    The reason for the request is to enable Mr. Vettivetpillai and counsel to continue working with the government with regard to completing satisfaction of the bail conditions, including finalizing co-signer information for Mr. Vettivetpillai's surety bond.

    Thank you for Your Honor's consideration.

Respectfully submitted,

*Samidh Guha*

---

The request to extend the deadline to satisfy the bail conditions by two weeks is GRANTED. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

August 9, 2021
New York, New York

35 East 62nd Street, New York, NY 10065
212-399-8330 PHONE | 212-399-8331 FAX | www.perryguha.com WEBSITE