**PG | PERRY GUHA LLP**

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

August 23, 2021

VIA ECF

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Sivendran Vettivetpillai*, 19 Cr. 233 (SN)
              Request to Adjourn the Satisfaction of Remaining Bail Conditions

Dear Judge Netburn:

      We represent defendant Sivendran Vettivetpillai in the above-captioned matter. With the consent of the government, we write to request an additional two-week adjournment for the satisfaction of remaining bail conditions currently scheduled to be completed by August 23, 2021. This is Mr. Vettivetpillai's second request to adjourn the satisfaction of remaining bail conditions.

      We make this request of the Court to enable Mr. Vettivetpillai and counsel to schedule and finalize one remaining co-signer for Mr. Vettivetpillai's surety bond. In addition, Mr. Vettivetpillai through counsel is working to close the extradition proceedings that had previously been opened in England, but may be mooted by Mr. Vettivetpllai's plea with the government here.

      Thank you for Your Honor's consideration of this request.

      Respectfully submitted,

      Samidh Guha

cc:   AUSA Andrew Thomas (via ECF)
       AUSA Matthew Podolsky (via ECF)

---

The request is GRANTED.
**SO ORDERED.**

August 23, 2021
New York, New York

SARAH NETBURN
United States Magistrate Judge