```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-09-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                                Plaintiff,

          -against-                                               22-cv-10016 (LAK)

DONALD J. TRUMP,

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA

          -against-                                               S6 19-cr-0233 (LAK)

ARIF NAQVI,, et al.,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

        Counsel are advised that Shawn G. Crowley, Esq., who appears for the plaintiff in the first captioned case and for the defendant in the second, is a former law clerk to the undersigned. The undersigned co-officiated (with another judge) at the marriage of Ms. Crowley approximately seven years ago.

Dated:       December 9, 2022

                                                          _____
                                                               Lewis A. Kaplan
                                                      United States District Judge